IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES A. COX, JR.,

    Plaintiff,

v.                                      Case No. 5:04cv167/MCR/EMT

GULF POWER COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Stipulation For Dismissal With Prejudice. (Doc. 35). The previously entered Order of Dismissal (doc. 34) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 4th day of August, 2005.


                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **United States District Judge**